UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| STATE AUTOMOBILE MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 3:14-cv-229-TAV-HBG ) |
| FIREMAN FIRE PROTECTION, INC. *et al.*, | ) ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is the Amended Unopposed Motion to Withdraw and Memorandum in Support Thereof [Doc. 60]. By way of background, a similar Motion to Withdraw was filed on August 8, 2016. [Doc. 55]. On August 11, 2016, the Court held Doc. 55 in abeyance because the Motion failed to comply with Local Rule 83.4. The instant Motion [Doc. 60] requests that Gilbert Russell McWherter Scott Bobbitt, PLC, be permitted to withdraw from representing Defendants Fireman Fire Protection, Inc., James G. Stone, III, James G. Stone, Jr., and Betty Stone. The Motion states that the Defendants consent to the Motion and agree that counsel should not continue to represent them. The Motion includes the address and telephone number for the Defendants. See L.R. 83.4(g). The Motion states that counsel's reason for withdrawing include confidential information, but the withdrawal does not prejudice any party because the case has been under an administrative stay, which was only recently lifted. The Motion states that the Defendants have sufficient time to obtain new counsel prior to the trial "in

the unlikely event there is a trial." In addition, the Motion states that the Plaintiffs agree to the Motion. Attached to the Motion are Certificates of Consent to Withdrawal of Counsel signed by Betty Stone, James G. Stone, Jr., James G. Stone, III. as the President/Authorized Officer of Fireman Fire Protection, Inc., and James G. Stone, III.

Accordingly, the Amended Unopposed Motion to Withdraw and Memorandum in Support Thereof [**Doc. 60**] is now in compliance with Local Rule 83.4, and for good cause shown, the Motion will be **GRANTED**. The Court expects Gilbert Russell McWherter Scott Bobbitt, PLC, to provide copies of any relevant documents to any future counsel for the Defendants or directly to the Defendants upon request. Gilbert Russell McWherter Scott Bobbitt, PLC, is **RELIEVED** of its duties as counsel in this case.

Defendants James Stone, III, James G. Stone, Jr., Betty Stone, and Fireman Fire Protection, Inc., are hereby **ADMONISHED** that they are **DEEMED** to be proceeding *pro se*. Until they obtain substitute counsel, it is their obligation to stay up to date on the status of this case and comply with the deadlines set by the Court. Likewise, if they elect to proceed in this case without an attorney, they are responsible for complying with all deadlines set by the Court and responding to any requests for relief by other parties, see E.D. Tenn. L.R. 7.1. Defendants, like any other party, will be expected to comply with the Federal Rules of Civil Procedure, the Local Rules, and the Court's Orders. To the extent the Defendants plan to retain new counsel, they should do so as soon as possible.

Accordingly, the Unopposed Motion to Withdraw [**Doc. 55**] is **DENIED AS MOOT**, and the Amended Unopposed Motion to Withdraw and Memorandum in Support Thereof [**Doc. 60**] is **GRANTED**. The Clerk of Court is **DIRECTED** to mail a copy of this Memorandum and Order to Defendants James G. Stone, III, James G. Stone, Jr., Betty Stone, and Fireman Fire

Protection, Inc., at the addressed provided in the Motion and to enter the addresses as their contact information in the docket.

**IT IS SO ORDERED.**

ENTER:

_____
United States Magistrate Judge